UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LORI P. MITCHELL, | ) | Case No. 08-CV-1911 (DC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| MACY'S, INC. f/k/a Federated Department Stores, Inc., USI SERVICES GROUP, INC., PATRICK PICA, and FRANK GRAHAM, | ) ) ) ) | |
| Defendants. | ) | |

David T. Azrin, of the law firm Gallet Dreyer & Berkey LLP, hereby gives notice of its appearance in this action on behalf of the plaintiff, Lori P. Mitchell.

Dated: April 14, 2008

Respectfully submitted,

GALLET DREYER & BERKEY LLP
845 Third Avenue - 8th Floor
New York, New York 10022
Tel. (212) 935-3131
Fax. (212) 935-4514
Email: dta@gdblaw.com

By: ___/s/David T. Azrin___
David T. Azrin (DA 4747)

1