```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
LORI PATRICIA MITCHELL,             :
                                    :
                    Plaintiff,      :
                                    :       ORDER
        - against -                 :
                                    :       08 Civ. 1911 (DC)
MACY'S INC. et al.,                 :
                                    :
                    Defendants.     :
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2008

**CHIN, District Judge**

      It is hereby ORDERED that this case shall be designated for electronic case filing (ECF).

      SO ORDERED.

Dated:    New York, New York
           May 9, 2008

                                      DENNY CHIN
                                      United States District Judge