UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI P. MITCHELL,<br><br>       Plaintiff,<br><br>v.<br><br>MACY'S, INC., MACY'S RETAIL HOLDINGS, INC., USI SERVICES CORPORATION, PATRICK PICA, and FRANK GRAHAM,<br><br>       Defendants. | Civil Action No. 08-CV-1911 (DC)<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1(a), Defendants Macy's, Inc. and Macy's Retail Holdings, Inc. state that Macy's Retail Holdings, Inc. is a wholly owned subsidiary of Macy's, Inc. Macy's, Inc. is a publicly held corporation and has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: May 23, 2008

MORGAN, BROWN & JOY, LLP

_____
Robert P. Joy *
Diane Saunders (DS6500)
Jeffrey S. Siegel*
200 State Street
Boston, MA  02109
(617) 523-6666 (tel.)
(617) 367-3125 (fax)

* *Pro Hac Vice* forthcoming

Attorneys for Defendant Macy's, Inc. and
   Macy's Retail Holdings, Inc.

## PROOF OF SERVICE

I hereby certify that on _May 23, 2008_, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Electronic Filing Procedures upon the following parties and participants:

David T. Azrin, Esq.
Gallet Dreyer & Berkey LLP
845 Third Avenue, 8th Floor
New York, NY 10022

_____
Diane M. Saunders, Esq. (DS6500)