**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI P. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S, INC., MACY'S RETAIL HOLDINGS, INC., USI SERVICES CORPORATION, PATRICK PICA, and FRANK GRAHAM,<br><br>Defendants. | Civil Action No. 08-CV-1911 (DC)<br><br>**NOTICE OF MOTION TO ADMIT ROBERT P. JOY AND JEFFREY S. SIEGEL *PRO HAC VICE***  |

PLEASE TAKE NOTICE that pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, DIANE M. SAUNDERS, a member in good standing of the bar of this Court, and counsel for Defendant Macy's, Inc. and Macy's Retail Holdings, Inc. (collectively, "Macy's") ("Macy's"), in the above-captioned action, hereby moves for an Order allowing the admission *pro hac vice* of:

> Robert P. Joy
> Jeffrey S. Siegel
> Morgan, Brown & Joy, LLP
> Boston, MA  02109
> (617) 523-6666
> (617) 367-3125 (fax)

Respectfully submitted,

Dated: May 23, 2008

_____
Diane M. Saunders, Esq. (DS6500)
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666
dsaunders@morganbrown.com

## PROOF OF SERVICE

I hereby certify that on ____May 23, 2008____, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Electronic Filing Procedures upon the following parties and participants:

David T. Azrin, Esq.
Gallet Dreyer & Berkey LLP
845 Third Avenue, 8th Floor
New York, NY 10022


_____
Diane M. Saunders, Esq. (DS6500)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI P. MITCHELL,<br><br>        Plaintiff,<br><br>v.<br><br>MACY'S, INC., MACY'S RETAIL HOLDINGS, INC., USI SERVICES CORPORATION, PATRICK PICA, and FRANK GRAHAM,<br><br>        Defendants. | Civil Action No. 08-CV-1911 (DC)<br><br>**DECLARATION OF DIANE M. SAUNDERS, ESQ. IN SUPPORT OF ADMISSION PRO HAC VICE OF ROBERT P. JOY AND JEFFREY S. SIEGEL** |

    I, DIANE M. SAUNDERS, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

    1.    I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Macy's, Inc. and Macy's Retail Holdings, Inc. (collectively "Macy's"), motion to admit Robert P. Joy and Jeffrey S. Siegel as counsel *pro hac vice* to represent Macy's in this matter.

    2.    I am admitted to practice before this court, the United States District Court for the Southern District of New York, and all courts in the State of New York and the Commonwealth of Massachusetts. I am a member in good standing in every Court in which I am admitted to practice.

    3.    I am a partner at the law firm of Morgan, Brown & Joy, LLP, 200 State Street, 11th Floor, Boston, MA 02109-2605, telephone no. (617) 523-6666; facsimile no. (617) 367-3125, attorneys for Macy's, in the above captioned matter.

4. Mr. Joy is a partner, and Mr. Siegel is an associate with Morgan, Brown, & Joy, LLP in Boston, Massachusetts. A copy of a Certificate of Good Standing issued to each by the Commonwealth of Massachusetts is attached hereto as Exhibit A. I have found both to be skilled attorneys and persons of integrity. Both are experienced in Federal practice and familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of Robert P. Joy and Jeffrey S. Siegel *pro hac vice*.

6. Counsel for Plaintiff would not consent to this motion.

7. I will be associated with Attorneys Joy and Siegel in the defense of this matter, and to the extent necessary, I will file papers, enter appearances, and sign pleadings, briefs and other papers to be filed with the Court as required by the Rules of this Court.

Dated: May 23, 2008

Diane M. Saunders, Esq. (DS6500)
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **December** A.D. **1975**, said Court being the highest Court of Record in said Commonwealth:

## Robert Paul Joy

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fourth** day of **April** in the year of our Lord **two thousand and eight**.




MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifth** day of **January** A.D. **2001**, said Court being the highest Court of Record in said Commonwealth:

**Jeffrey Scott Siegel**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fourth** day of **April** in the year of our Lord **two thousand and eight**.





MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# EXHIBIT B

## CERTIFICATE OF SERVICE

### PROOF OF SERVICE

I hereby certify that on _May 13, 2008_, the foregoing document was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Electronic Filing Procedures upon the following parties and participants:

David T. Azrin, Esq.
Gallet Dreyer & Berkey LLP
845 Third Avenue, 8th Floor
New York, NY 10022

_____
Diane M. Saunders, Esq. (DS6500)

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI P. MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S, INC., MACY'S RETAIL HOLDINGS, INC., USI SERVICES CORPORATION, PATRICK PICA, and FRANK GRAHAM,<br><br>Defendants. | Civil Action No. 08-CV-1911 (DC)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF ROBERT P. JOY AND JEFFREY S. SIEGEL ON WRITTEN MOTION ON CONSENT** |

Upon the motion Diane M. Saunders of Morgan, Brown, & Joy, LLP, attorney for Macy's, Inc., and Macy's Retail Holdings, Inc. (collectively "Macy's");

**IT IS HEREBY ORDERED** that

Robert P. Joy (rjoy@morganbrown.com)
Jeffrey S. Siegel (jsiegel@morganbrown.com)
Morgan, Brown & Joy, LLP
Boston, MA  02109
(617) 523-6666
(617) 367-3125 (fax)

are admitted to practice *pro hac vice* as counsel for Macy's in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: _____
    New York, NY

                                                                _____
                                                                United States District Judge