AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____  DISTRICT OF  _____New York_____

**APPEARANCE**

Case Number: 08 Civ. 1911 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

U.S.I. Services Group, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/30/2008 | _(signature)_ |
| Date | Signature |
| | William H. Healey     WH3043 |
| | Print Name     Bar Number |
| | Mandelbaum, Salsburg, P.C.    119 Maple Ave |
| | Address |
| | Red Bank,    N.J.    07701 |
| | City    State    Zip Code |
| | (732) 933-1515    (732) 933-5551 |
| | Phone Number    Fax Number |