USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/5/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI P. MITCHELL, <br><br> Plaintiff, <br><br> v. <br><br> MACY'S, INC., MACY'S RETAIL HOLDINGS, INC., USI SERVICES CORPORATION, PATRICK PICA, and FRANK GRAHAM, <br><br> Defendants. | Civil Action No. 08-CV-1911 (DC) <br><br> **ORDER FOR ADMISSION *PRO HAC VICE* OF ROBERT P. JOY AND JEFFREY S. SIEGEL ON WRITTEN MOTION ON CONSENT** |

Upon the motion Diane M. Saunders of Morgan, Brown, & Joy, LLP, attorney for

Macy's, Inc., and Macy's Retail Holdings, Inc. (collectively "Macy's");

### IT IS HEREBY ORDERED that

Robert P. Joy (rjoy@morganbrown.com)
Jeffrey S. Siegel (jsiegel@morganbrown.com)
Morgan, Brown & Joy, LLP
Boston, MA 02109
(617) 523-6666
(617) 367-3125 (fax)

are admitted to practice *pro hac vice* as counsel for Macy's in the above-captioned case

in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.    *They shall pay the pro hac fee to the Clerk.*

Dated:  6/5/08
       New York, NY

United States District Judge